IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PHILLIP D. SAKALL,**                                                                **PLAINTIFF**
**ADC #161146**

v.                     Case No. 4:15-cv-00582-KGB-JTK

**PHILLIP BENTLY,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 34). Plaintiff Phillip D. Sakall has filed no objections to the Proposed Findings and Recommendations, and the time for filing objections has passed. After careful consideration of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 34). Therefore, the Court grants defendants' motion for summary judgment and dismisses with prejudice this case (Dkt. No. 29).

So ordered this 22nd day of February, 2017.

                                                                               Kristine G. Baker
                                                                               United States District Judge