IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PHILLIP D. SAKALL,**                                                      **PLAINTIFF**
**ADC #161146**

v.                      Case No. 4:15-cv-00582-KGB-JTK

**PHILLIP BENTLY,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

So adjudged this 22nd day of February, 2017.

_____
Kristine G. Baker
United States District Judge